IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TANYA PRSHEWLOZKY,

    Plaintiff,

vs.

JOHN E. POTTER, et al.,

    Defendants.
_____/

No. CIV S-07-1359 LKK DAD PS

<u>ORDER AND</u>

<u>FINDINGS AND RECOMMENDATIONS</u>

    Plaintiff is proceeding pro se with this action, which was transferred from the United States District Court for the Northern District of California on July 11, 2007. A related case filed by plaintiff in the Northern District of California was previously transferred to this court on June 1, 2007. <u>See</u> CIV S-07-1044 FCD JFM PS.[1] On July 19, 2007, plaintiff filed an amended complaint in both cases, combining into one pleading the allegations from the above-captioned case and those from the earlier-filed case. Plaintiff may not litigate the same claims in two different court actions. Due to the duplicative nature of the present action, the undersigned will recommend that this action be dismissed and that plaintiff proceed with all claims in CIV S-07-1044 FCD JFM PS. <u>See</u> Fed. R. Civ. P. 41(b).

---

[1] A court may take judicial notice of court records. <u>See</u> <u>MGIC Indem. Co. v. Weisman</u>, 803 F.2d 500, 505 (9th Cir. 1986); <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980).

1

In light of the filing of plaintiff's amended complaint and the recommendations set forth below, the Clerk of the Court will be directed to transfer plaintiff's July 25, 2007 filing fee from this case to Case No. CIV S-07-1044 FCD JFM PS. All requests pending in this action will be denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall transfer the $350.00 filing fee paid by plaintiff on July 25, 2007 from Case No. CIV S-07-1359 LKK DAD PS to Case No. CIV S-07-1044 FCD JFM PS;

2. Plaintiff's motion to proceed in forma pauperis filed July 11, 2007, plaintiff's request for an order regarding service of process filed July 27, 2007, and plaintiff's request for court orders filed August 28, 2007 are denied as moot; and

IT IS RECOMMENDED that this action be dismissed without prejudice as duplicative of Case No. CIV S-07-1044 FCD JFM PS.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within ten (10) days after being served with these findings and recommendations, plaintiff may file written objections, if any, with the court. A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 17, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\prshewlozky1359.23