1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TANYA PRSHEWLOZKY,

11            Plaintiff,                    No. CIV S-07-1359 LKK DAD PS

12        vs.

13   JOHN E. POTTER, et al.,

14            Defendants.             ORDER

15   _____/

16          Plaintiff, proceeding pro se, filed the above-entitled action in the United States

17   District Court for the Northern District of California.  After the action was transferred to this

18   court, the case was referred to a United States Magistrate Judge pursuant to Local Rule 72-

19   302(c)(21).

20          On December 14, 2007, the magistrate judge filed findings and recommendations

21   herein which were served on plaintiff and which contained notice to plaintiff that any objections

22   to the findings and recommendations were to be filed within ten days.  Plaintiff has filed timely

23   objections to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

26   /////

1  file, the court finds the findings and recommendations to be supported by the record and by

2  proper analysis.

3          Accordingly, IT IS HEREBY ORDERED that:

4          1.  The findings and recommendations filed December 14, 2007, are adopted in

5  full; and

6          2.  This action is dismissed without prejudice for failure to file a second amended

7  complaint, failure to comply with a court order, and failure to file any pleading that complies

8  with the Federal Rules of Civil Procedure.

9  DATED: April 8, 2008.

10

11

12                  LAWRENCE K. KARLTON

13                  SENIOR JUDGE
                UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26